BEFORE CHIEF JUDGE RAO, SEPTEMBER 29, 1966

**No. R66/52.**—F. B. Vandegrift & Co., Inc. *v.* United States, reappraisement 255956–A (Philadelphia).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those in *United States* v. *The Heyman Company, Inc.* (50 Cust. Ct. 564, A.R.D. 157), the court found and held that export value, as that value is defined in section 402(d), Tariff Act of 1930, is the proper basis for determining the value for the sisal pads in issue and that such value is $0.075 per pound, net packed.

**No. R66/53.**—Kurt Orban Company, Inc. *v.* United States, reappraisements R59/17905 and R60/978 (Houston).

RAO, C.J.  In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis of value for the galvanized wire and round steel wire in issue and that said value is the appraised value, less inland freight and f.o.b. charges of $11 per metric ton.

**No. R66/54.**—William R. Neal *v.* United States, reappraisements R60/16448, etc. (Port Huron).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise and the issues are the same in all material respects as those in *United States* v. *Acme Steel Company* (51 CCPA 81, C.A.D. 841), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper statutory basis for the determination of the value of the steel strap in issue and that such value is the invoiced unit price.